UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICKY SATTERWHITE, | ) | CASE NO.: C07-2071-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S *IN* |
| | ) | *FORMA PAUPERIS* APPLICATION |
| KING COUNTY REGIONAL | ) | AND DISMISSING CASE WITHOUT |
| JUSTICE CENTER, et al., | ) | PREJUDICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's complaint and application to proceed *in forma pauperis*, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed in forma pauperis is DENIED;

(3) Plaintiff's § 1983 claims and this action are DISMISSED without prejudice; and,

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _19_ day of February, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE
PAGE -1